## 29283. KING et al. v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 25, 1974.

Pete King, *pro se,* Claude King, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*